Order entered October 24, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00313-CR
No. 05-12-00314-CR

**COREY MITCHELL WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-26117-U, F11-26119-U**

## ORDER

The Court **GRANTS** the State's October 22, 2012 motion for extension of time to file brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE